No. 77–1027. DOE ET AL. *v.* MCMILLAN, CHAIRMAN, HOUSE COMMITTEE ON THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–1038. STEWART *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–1041. EX PARTE MOODY. Sup. Ct. Ala. Certiorari denied.

No. 77–1064. MCLENNAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1065. LAWRIW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–1087. EWANCO *v.* COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. D. C. Cir. Certiorari denied.

No. 77–1093. MALIZIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1096. FEENEY ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 77–1102. VAUGHN *v.* UNITED STATES; and
No. 77–6130. LITTLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–1109. MOODY *v.* ALABAMA EX REL. PAYNE, COMMISSIONER OF INSURANCE OF ALABAMA, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 77–1135. BROWN *v.* TANENBAUM, JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–1136. O'HAVER ET UX. *v.* BLACK ET AL. C. A. 10th Cir. Certiorari denied.